IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW SAWYER,

    Plaintiff,

v.

WARDEN JEFFREY PUGH and
DOCTOR DAVID BURNETT,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-786-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed as to defendant Warden Jeffrey Pugh, granting defendant Doctor David Burnett's motion to dismiss and dismissing this case with prejudice under Fed. R. Civ. P. 41(b).

_Peter Oppeneer_      11/29/12
Peter Oppeneer, Clerk of Court      Date